IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| PATENT CATEGORY CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:02cv3943 |
| ) | |
| BIG BANG PRODUCTS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Pursuant to a settlement agreement between Plaintiff Patent Category Corporation and Defendants Big Bang Products, LLC, Swimways Corporation, and Gray Matter Holdings, LCC, the parties, including Target Corporation, Wal-Mart Stores, Inc., The Herrington Corporation, Toys R Us Delaware, Inc., Bed Bath & Beyond, Inc., and Sam's West, Inc. dba Sam's Club, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1) to a dismissal WITH PREJUDICE of all claims, counterclaims and defenses.

Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED:

COOLEY GODWARD LLP
Aaron J. Velli (Maryland Bar No. 23614)
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190
Telephone: (703) 456-8000
Fax No.: (703) 456-8100

Attorneys for Defendants and Counterclaimants
Big Bang Products, LLC; Swimways Corporation; and

APPROVED THIS 4th DAY OF Feb., 2003

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

5

Defendants Gray Matter Holdings, LCC; Target Corporation;
Wal-Mart Stores, Inc.; The Herrington Corporation; Toys R Us Delaware, Inc.;
Bed Bath & Beyond, Inc.; and Sam's West, Inc. dba Sam's Club.

_____

MOUNT & STOELKER
Daniel S. Mount
Alfredo A. Bismonte
Lara J. Hodgson
333 W. San Carlos St., Suite 1650
San Jose, California 95110
Telephone: (408) 279-7000
Fax No.: (408) 998-1473

Attorneys for Plaintiff Patent Category Corporation